UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER MAY,<br><br>Defendant. | Case No. 25-CR-211 (CRC) |

# ORDER

Based upon the representations in the government's Motion to Continue the Deadline for Memoranda in Aid of Sentencing, and the entire record herein, it is hereby

**ORDERED** that Memoranda in Aid of Sentencing are due no later than December 4, 2025.

**SO ORDERED**

_____
CHRISTOPHER R. COOPER
United States District Judge